# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOSEPH DANIHEL,

        Petitioner

        v.

OFFICE OF THE PRESIDENT, DEPT. OF HOUSING AND URBAN DEVELOPMENT, OFFICE OF CITY COUNCIL RM 316, OFFICE OF CITY COUNCIL ROOM 594, OFFICE OF CITY COUNCIL AT LARGE, OFFICE OF CITY COUNCIL ROOM 319, OFFICE OF CITY COUNCIL AT LARGE R, BOBBY HENON, DARRELL CLARKE, CURTIS JONES, JR., MARIA SANCHEZ QUINONES, CINDY BASS, CHERRILLE PARKER, BRIAN ONEIL, BLONDELL REYNOLDS BROWN, ALLEN DOMB, JAMES KENNEY, DEREK GREEN, WILLIAM K. GREENLEE, HELEN GYM, DAVID OH, AL TAUBENBERGER, FRANK HESS, BRIAN ABERNATHY, SHERIFF DEPT. OF PHILADELPHIA, DUANE BUMB, ROB DUBROW, RYAN HARMON, JEWELL WILLIAMS, ROBERT LABRUM, CURTIS JONES, OFFICE OF CITY COUNCIL AT LARGE, ARNOLD L. NEW, OFFICE OF CITY COUNCIL DISTRICT 5, OFFICE OF CITY COUNCIL DISTRICT 6, OFFICE OF CITY COUNCIL DISTRICT 7, OFFICE OF CITY COUNCIL DISTRICT 8, OFFICE OF CITY COUNCIL DISTRICT 9, OFFICE OF CITY COUNCIL DISTRICT 10, ANN FRADULLON, GREG HELLER, MARY FOGG, KENYATTA JOHNSON, JANNIE BLACKWELL, MARK SQUILLA, PHILADELPHIA REDEVELOPMENT AUTHOR, COMMONWEALTH OF PA, OFFICE OF STATE REPRESENTATIVE, OFFICE OF MAYOR OF THE CITY OF

No. 500 EAL 2019

Petition for Allowance of Appeal from the Order of the Superior Court

PHILADELPHIA, CITY OF PHILADELPHIA,   :
OFFICE OF CITY COUNCIL PRESIDENT,   :
OFFICE OF CITY COUNCIL DISTRICT 1,   :
OFFICE OF CITY COUNCIL DISTRICT 2,   :
OFFICE OF CITY COUNCIL,   :
SUPERVISING JUDGE,   :
  :
        Respondents   :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.